UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THAI BAO TRAN, | ) | Case No. SA CV 08-728 GAF (CT) |
| Petitioner, | ) | |
| v. | ) | **J U D G M E N T** |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED:   4/10/09

GARY A. FEESS
UNITED STATES DISTRICT JUDGE